

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

SANDRA VILLERS

Criminal No.

3-16CR-0078B

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or about the year 2013, the exact date unknown to the Grand Jury, and continuing through on or about December 6, 2015, in the Northern District of Texas and elsewhere, defendant **Sandra Villers** did conspire with individuals known and unknown to the grand jury, to knowingly and intentionally manufacture and distribute mixtures or substances containing detectable amounts of a Schedule I controlled substance, to wit: AB-CHIMINACA, a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846, the penalty for which is set forth in 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Forfeiture Notice
## (21 U.S.C. § 853(a))

Upon conviction for the offenses alleged in Count One of this indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Sandra Villers** shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as the result of the offense; and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. This includes, but is not limited to, the following:

1. The proceeds obtained as a result of the offense in Count One, in the form of a money judgment.

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
BRIAN D. POE
Assistant United States Attorney
Northern District of Texas
Texas State Bar No. 24056908
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
E-mail:   brian.poe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

VS.

SANDRA VILLERS (01)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

Conspiracy to Distribute a Controlled Substance

(1 COUNT)

21 U.S.C. § 853(a)

Forfeiture Notice

A true bill rendered:

_____
DALLAS                 FOREPERSON

Filed in open court this 1ST day of March, 2016.

_____ Clerk

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending