JANE J. BOYLE                                                    214/753-2740 Chambers

**U.S. District Judge**                                          214/753-2744 Facsimile

March 28, 2016

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:     3:16-cr-078-B; *USA  v. Sandra Villers, et al.*

Dear Ms. Mitchell:

I hereby recuse myself from the above styled and numbered case.  Please see that it is assigned to another judge per the usual procedure.

Sincerely,