UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. 3:16-CR-78-B |
| | § § | |
| SANDRA VILLERS | § | |

WAIVER OF REARRAIGNMENT ON SUPERSEDING INDICTMENT

TO THE HONORABLE COURT:

Comes now SANDRA VILLERS, the Defendant in the above entitled and numbered cause; and pursuant to the Rule 10 of the Federal Rules of Criminal Procedure and waives rearraignment in this matter and would further show this court:

I.

Defendant has received a copy of the Superseding Indictment filed in this case on March 22, 2016. Defendant has had a chance to fully discuss said Superseding Indictment with her attorney, KENNETH WEATHERSPOON. Defendant is fully aware of the nature of the charges against her and fully understands her rights.

II.

Defendant enters a plea of not guilty.

III.

Defendant requests she be continued on the same Personal Recognizance Bond as granted as the time of her initial appearance with the same conditions of release.

<div style="display:flex">
<div>
Agreed to by:

_____
SANDRA VILLERS
Defendant
</div>
<div>
Respectfully submitted,

_____
KENNETH WEATHERSPOON
325 N. St. Paul Street, Suite 2475
Dallas, TX 75201
Tel.: (214) 922-0212
Fax: (214) 922-0294
</div>
</div>

## CERTIFICATE OF CONFERENCE

I have been in contact with Assistant U.S. Attorney, Brian Poe, on May 10, 2016, and he has no objection to the Waiver of Rearraignment.

_____
KENNETH WEATHERSPOON

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Waiver of Rearraignment has been forwarded to the Assistant U.S. Attorney, Brian Poe, by electronic mail on May 10, 2016.

_____
KENNETH WEATHERSPOON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 3:16-CR-78-B |
| SANDRA VILLERS | § | |

ORDER

This Honorable Court is in receipt of the Waiver of Rearraignment filed by the Defendant. The Court is of the opinion said waiver should be approved/rejected.

Therefore, it is the order of this Court said waiver is approved/rejected.

_____
PRESIDING JUDGE