# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| vs. | § § § | Case No. 3:16-cr-00078-N |
| **KEDRICK HAWKINS (2)** | | |

## DEFENDANT KEDRICK HAWKINS' UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now Comes Kedrick Hawkins, Defendant in the above styled and numbered cause, by and through his attorney of record, Michael J. Todd, and under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully files his Unopposed Motion for Continuance and in support of this motion, would show the Court as follows:

### I.

This matter is currently set on the Court's docket for Sentencing on **Monday, December 12, 2016, at 9:00 a.m.**

### II.

Undersigned counsel seeks to have Defendant Hawkins' Sentencing date rescheduled to a date and time after co-defendant Julie Sica's Sentencing in this matter.

This Motion for Continuance is not made for purposes of delay, but that justice may be done.

### III.

Defendant understands the requirements of the Federal Speedy Trial Act and will waive the requested time period in this motion in this calculation of the Speedy Trial Act Mandate.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court grants its Order and continue this case for **sixty (60) days** or, in the alternative, sets this motion for a hearing.

Respectfully Submitted,

/s/Michael J. Todd
**Michael J. Todd**
Texas State Bar Number: 20098600
700 N Pearl St., Ste. 2170
Dallas, TX 75201
Telephone: (214) 630-8633
Fax: (214) 748-4348
**E-mail: todd@toddlaw.org**
Attorney for the Defendant,
Kedrick Hawkins

## CERTIFICATE OF CONFERENCE

I certify that on the 29th day of November, 2016, my assistant spoke with Assistant United States Attorney, Brian Poe, in regards to this motion and the filing of same. The government is not opposed.

/s/Michael J. Todd
**Michael J. Todd**

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant's Unopposed Motion for Continuance was served upon Assistant United States Attorney, Brian Poe, via the Court's ECF system on the 29th day of November, 2016.

/s/Michael J. Todd
**Michael J. Todd**